JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OSCAR ROBLES DIAZ,<br><br>        Petitioner,<br><br>        v.<br><br>FRED FOULK, Warden,<br><br>        Respondent. | Case No. SA CV 14-1332-R (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: July 21, 2015

_____
MANUEL L. REAL
United States District Judge